**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 75 WM 2015
:
Respondent  :
:
:
:
v.  :
:
:
:
ROBERT E. HOY,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.